# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name** Osbaldo and Cyntha Ochoa

**Case No.** 14-40905-7   **Related Adversary Case No.** _____

Check Appropriate Role Of Party The Address Change Will Affect:
✓ Debtor   __ Creditor

Osbaldo and Cynthia Ochoa
**Name Of Party - (type or print)**

## Old Address Information:

7214 SW Woodcroft Way
*Old* Street Address, Rural Route or Post Office Box - (type or print)

Topeka, KS 66619
*Old* City, State and Zip Code - (type or print)

## New Address Information:

2429 Brush Creek Dr.
*New -* Street Address, Rural Route or Post Office Box - (type or print)

| Lawrence | Douglas | KS | 66047 |
|---|---|---|---|
| **New** - City | County | State | Zip Code - (type or print) |

Dated: 02/20/2015          /s/ Lee W. Hendricks
                           Signature of Person Authorizing Address Change

                           _____
                           Signature of Joint Debtor, if applicable

## INSTRUCTIONS

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

Bankruptcy Clerk's Office      Bankruptcy Clerk's Office      Bankruptcy Clerk's Office
401 N. Market Rm 167           500 State Ave Rm 161           444 SE Quincy Rm 240
Wichita KS 67202               Kansas City KS 66101           Topeka KS 66683

Revised 05/30/08

Print Form          Clear Form